IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Renewed Motion for Service by U.S. Marshals (Docket No. 7) is GRANTED.  The Clerk is directed to arrange service on defendants by the U.S. Marshal Service at the addresses found in the Notice Regarding Service of Process by the U.S. Marshals in this Case (Docket No. 7-1).

Date: July 2, 2014