IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference (Docket No. 17) is DENIED AS MOOT in light Plaintiff's Plaintiff's Amended Motion to Vacate and Reschedule Scheduling Conference (Docket No. 18).

    It is further ORDERED that Plaintiff's Amended Motion to Vacate and Reschedule Scheduling Conference (Docket No. 18) is DENIED.  The scheduling conference remains set for August 25, 2014 at 1:30 p.m., and the parties shall file a proposed scheduling order forthwith.

Date: August 21, 2014