IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Stay Scheduling Order (Docket No. 34) is GRANTED IN PART and DENIED IN PART. It is granted insofar as it seeks relief from the current scheduling order deadlines; it is denied insofar as it seeks an indefinite stay of proceedings.

     It is further ORDERED that the Scheduling Order RE: Class Certification Only (Docket No. 30) is AMENDED to extend the discovery cut-off to January 9, 2015, and to extend the dispositive motion/collective action and class certification deadline to February 2, 2015.

Date: November 12, 2014