IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      On December 10, 2014, Defendants file a response confessing Plaintiff's motion for leave to file an amended complaint. (Docket No 39.) Accordingly, it is hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15 (**Docket No. 37**) is GRANTED and that the proposed First Amended Complaint (**Docket No. 37-2**) is ACCEPTED FOR FILING.

Date: January 7, 2015