IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MSK-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion to Amend Scheduling Order Deadlines for Class Discovery and Class Motion Filing (Docket No. 42) is GRANTED for good cause shown.

     It is further ORDERED that the Scheduling Order RE: Class Certification Only (Docket No. 30, as previously amended by Docket No. 36) is AMENDED to extend the discovery cut-off to March 6, 2015, and to extend the dispositive motion/collective action and class certification deadline to April 3, 2015.

Date: January 22, 2015