IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01785-MSK-MJW

JUANA ARMIJO, and those similarly situated,

Plaintiff,

v.

STAR FARMS, INC, and
ANGELO PALOMBO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Defendants' Motion for Stipulated Protective Order (docket no. 57) is GRANTED finding good cause shown.  The written Protective Order (docket no. 57-2) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: June 25, 2015