**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                                 Date:  January 13, 2016
Court Reporter:      Terri Lindblom

Civil Action No. 14-cv-01785-MSK-MJW

*Parties*:                                                                             *Counsel Appearing:*

JUANA ARMIJO; and                                                       Alexander Neville Hood
APOLINAR VALENZUELA RAMOS, and those similarly
situated,

        Plaintiffs,

v.

STAR FARMS, INC., and                                                  Larry Snyder
ANGELO PALOMBO,

        Defendants.

## COURTROOM MINUTES

HEARING:   Law and Motion

**10:08 a.m.     Court in session.**

The Court addresses the parties' Joint Motion for Approval of Settlement (**Doc. #72**)

Statements from counsel in response to the Court's inquiries regarding method of notice and how counsel intends to reach the people who may be members of the two different groups.

The Court advises the parties it will not approve the payment schedule as currently structured.

The Court addresses the notice itself and the additional information it must contain.

**ORDER**:   Motion to Certify Class (**Doc. #47**) is **GRANTED**; Motion to Certify Class (**Doc. #48**) is **DENIED.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

No hearing will be set for final approval for the reasons stated on the record.

**ORDER**:    the revised notices and claim forms that reflect the issues discussed today will be submitted by **January 27, 2016.**

**11:10 a.m.**    **Court in recess.**

**Total Time:**    **1 hour 3 minutes.**
**Hearing concluded.**