IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01785-MSK-MJW

JUANA ARMIJO, and those similarly situated,

    Plaintiff,

v.

STAR FARMS, INC.; and
ANGELO PALOMBO,

    Defendants.

## ORDER

THE COURT, having considered the Plaintiffs' Unopposed Motion to Set a Final Approval and Fairness Hearing, Clarify the Class Action Objection Process, and Extend by 14 Days the Time for the Class Action Administrator to Serve Notice **(#80)** and applicable law, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. A final approval and fairness hearing is set for **January 17, 2017**, at **9:00 a.m.**

2. Class members shall send any objections to the settlement to the Class Administrator, rather than the Court.

3. Plaintiffs' counsel shall file any objections received by the Class Administrator with the Court within 21 days of their receipt by the Class Administrator.

4. The approval notice, claim, and opt-out forms [Doc. 78-1, -2 and -3] shall be amended by Plaintiffs' counsel to reflect the hearing date and the amended objection process.

5. The deadline for the Class Administrator to mail the settlement notice to the class is set for **April 30, 2016**.

DATED this 31st day of March, 2016.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Court