**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: January 17, 2017 |
| Court Reporter:     Mary George | |

Civil Action No. 14-cv-01785-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| JUANA ARMIMO, and<br>APOLINAR VALENZUELA RAMOS and those similarly situated, | Alexander Hood |
| Plaintiffs, | |
| v. | |
| STAR FARMS, INC., and<br>ANGELO PALOMBO, | Larry Snyder |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Fairness

**9:08 a.m.    Court in session.**

The Court addresses Motion for Extension of Time (**Doc. #84**).

Questions from the Court regarding the requested additional six (6) month extension.

Statements from counsel.

**ORDER:**    Motion for Extension of Time (**Doc. #84**) is **DENIED**.  The Court approves the settlement, but will not retain jurisdiction beyond entry of judgment. The parties will file a proposed order by January 31, 2017, the contents of which will be as set forth on the record.

**9:50 a.m.    Court in recess.**

**Total Time:   42 minutes.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**Hearing concluded.**