## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01785-MSK-MJW

JUANA ARMIJO;
APOLINAR VALENZUELA RAMOS; and those similarly situated

     Plaintiffs,
v.

STAR FARMS, INC.; and
ANGELO PALOMBO;

     Defendants.

## [PROPOSED] ORDER FINALLY APPROVING FED. R. CIV. P. 23 CLASS ACTION SETTLEMENT

THE COURT, having considered the facts and law, hereby finds and ORDERS as follows:

1. The class was notified of the settlement and given the opportunity to opt-in to the 29 U.S.C. § 216(b) claim, to make a claim on the Fed. R. Civ. P. 23 class fund, to opt-out of the Fed. R. Civ. P. 23 class, and to object at the January 17, 2017 hearing.

2. No class member opted-out or objected.

3. The settlement is therefore finally approved.

4. The class administrator submitted an invoice for costs and fees totaling $11,896.94. *See* ECF Docs. 87, 88.

5. The itemized fees and costs are for class notice mailing, class notice publication, accounting and tax services to manage the qualified settlement fund through the end of the settlement payment plan in 2019, and administration and distribution of the class fund.

6. The class administrator fees and costs are approved as invoiced and the class administrator shall disburse $7,976.94 for fees and costs to date, and $3,920.00 in calendar and tax years 2017-2019 as incurred. *See* ECF Doc. 88 (separating fees and costs accrued to date from reasonably expected future fees and costs).

7. The class administrator shall otherwise distribute the class fund in accordance with the plan and settlement agreement approved by the Court.

8. The Court does not retain jurisdiction.

Dated this _____ day of _____, 2017.

**BY THE COURT:**

_____
Marcia S. Krieger
Chief United States District Judge